

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2019

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Counsel is hereby GRANTED. Counsel is ordered to provide proof that the motion was delivered to the defendant pursuant to Texas Rule of Appellate Procedure 6.5 (b), (d).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court